# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J.K.<br>            Plaintiff, <br>v.<br>CITY OF GIG HARBOR POLICE DEPARTMENT,<br>            Defendant, | JUDGMENT IN A CIVIL CASE<br><br><br>CASE NUMBER: C09-5182FDB |

,

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X\_\_\_\_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for Order of Voluntary Dismissal of All Claims Against All Defendants is GRANTED.


December 29, 2009                                                 BRUCE RIFKIN
                                                                                              Clerk

                                                                                              /s/   Pat LeFrois
                                                                                              Deputy Clerk